# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ANGELIA ANDREWS,<br><br>            Plaintiff,<br><br>v.<br><br>(1) LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>            Defendant. | Case No. 17-CV-371-JHP-JFJ |

## JOINT STIPULATION OF DISMISSAL

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff and Life Insurance Company of North America ("LINA") hereby stipulate to the dismissal of all claims against LINA, with prejudice to their future re-filing, each party to bear her/its own litigation costs and attorneys' fees.

| | |
|---|---|
| s/*James W. Dunham, Jr.*<br>James W. Dunham, Jr., OBA #2532<br>2112 Bank of America Center<br>15 West 6th Street<br>Tulsa, OK. 74119<br>Voice: (918) 592-1144<br>Fax: (918) 592-1149<br>Email: elawyer@swbell.net<br>**Counsel to Plaintiff** | s/ *Leasa M. Stewart*<br>Leasa M. Stewart, OBA #18515<br>GABLEGOTWALS<br>One Leadership Square, Suite 1500<br>211 North Robinson<br>Oklahoma City, OK 73102-7101<br>lstewart@gablelaw.com<br>***Attorneys for Life Insurance Company Of North America*** |

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, September 19, 2017, I electronically transmitted the attached document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Leasa M. Stewart, OBA #18515<br>GABLEGOTWALS<br>One Leadership Square, Suite 1500<br>211 North Robinson<br>Oklahoma City, OK 73102-7101<br>lstewart@gablelaw.com<br>***Attorneys for Life Insurance Company Of North America*** | James W. Dunham, Jr., OBA #2532<br>2112 Bank of America Center<br>15 West 6th Street<br>Tulsa, OK. 74119<br>Email: elawyer@swbell.net<br>**Counsel to Plaintiff** |

                                                                       s/*James W. Dunham, Jr.*